# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cozy, Inc., *Plaintiff*, v. Dorel Juvenile Group, Inc. *Defendant.* | Misc. Action No. _____<br><br>Case: 1:22-mc-00112<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 11/8/2022<br>Description: Misc. |

## PLAINTIFF COZY INC.'S MOTION FOR EXTENSION OF TIME TO QUASH OR OTHERWISE RESPOND TO THIRD-PARTY SUBPOENAS TO MR. TRAVIS BROWN

Plaintiff, Cozy, Inc. ("Cozy") filed a patent infringement lawsuit against Defendant Dorel Juvenile Group, Inc. ("Dorel" or "Defendant") that is pending in the in the U.S. District Court for the District of Massachusetts. *See* No. 3:21-cv-10134 (D. Mass. filed Jan. 27, 2021) (Dein, M.J.). The parties presently are conducting fact discovery and a trial is set for July 10, 2023. The undersigned, outside counsel for Cozy, is representing Mr. Brown for purposes of these subpoenas.

On October 6, 2022, Dorel served two subpoenas pursuant to Federal Rule of Civil Procedure 45 on Cozy's former General Counsel, third-party Mr. Travis Brown, Esq., including a subpoena for documents and a subpoena to appear at a deposition. *See* Exhibit A. Cozy and Mr. Brown timely served their objections and responses to the subpoenas on October 17, 2022, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B). *See* Exhibit B.

Pursuant to Federal Rule of Civil Procedure 45(d)(3), Cozy and Mr. Brown seek a brief two-week (14-day) extension of time to move to quash or otherwise respond to the subpoenas, such that the filing of that motion to quash, if any, is considered "timely" under the Rule. This

RECEIVED

NOV - 8 2022

Clerk U.S. District & Bankruptcy
Courts for the District of Columbia

additional two weeks would provide the parties additional time to potentially resolve disputes regarding the scope of the subpoenas and potentially obviate the need for further motion practice.

Compliance with the subpoenas is as follows: (1) Dorel noticed the deposition of Mr. Brown for November 8, 2022; and (2) Dorel agreed that Mr. Brown could produce documents or a privilege log or both on or before November 21, 2022. The location of compliance with the subpoena is this District, as Mr. Brown is a dual resident of this District and Virginia. Mr. Brown is the former General Counsel of Cozy.

The parties have been discussing the scope of the subpoenas but have not yet come to any agreement regarding compliance. Mr. Brown, as former General Counsel of Cozy, is presently aware of no non-privileged information or documents that could be responsive to the subpoenas and his compliance with the subpoenas—as presently drafted—would seek privileged communications and would be burdensome, expensive, and a waste of time, especially given the fact that Dorel has yet to depose any party witness of Cozy. *See* Federal Rule of Civil Procedure 45(d)(3)(iii) and (iv).

Accordingly, Cozy seeks a brief two-week (14-day) extension of time to move quash one or both of the subpoenas or otherwise comply with them up to and including until November 22, 2022. Cozy attaches an appropriate Proposed Order to its Motion.

Dated: November 8, 2022

Respectfully Submitted By:

*/s/ Taylor T. Lankford*
Taylor T. Lankford (DC Bar No. 1002758)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
(202) 737-0500
tlankford@kslaw.com

*Attorney for Plaintiff Cozy Inc. and Mr. Travis Brown*

**CERTIFICATE OF CONFERENCE**

Pursuant to LCvR 7(m), undersigned counsel hereby states and affirms that counsel for Cozy conferred with counsel for Dorel by email on November 7 and 8, 2022 but were not able to resolve the dispute. Counsel for Dorel opposes Cozy's and Mr. Brown's motion for an extension.

*/s/ Taylor T. Lankford*
Taylor T. Lankford
Attorney for Plaintiff Cozy Inc. and
Mr. Travis Brown

## **CERTIFICATE OF SERVICE**

I hereby affirm that notice was given to counsel of record in the above-captioned action by electronic mail to the following counsel for Defendant Dorel Juvenile Group, Inc.:

Deborah Pollack-Milgate (via email to Deborah.PollackMilgate@btlaw.com)
Heather Repicky (via email to Heather.Repicky@btlaw.com)
Alison Casey (ACasey@btlaw.com)
Mark Nahnsen (Mark.Nahnsen@btlaw.com)

*/s/ Taylor T. Lankford*
Taylor T. Lankford
Attorney for Plaintiff Cozy Inc. and
Mr. Travis Brown